BROADWAY PHOTOPLAY COMPANY, INCORPORATED, Respondent, *v.* WORLD FILM CORPORATION, Appellant.

Reported below, 175 App. Div. 980.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the evi-

dence supported the verdict; that the exceptions were frivolous and the appeal taken solely for delay.

*S. C. Sugarman* for motion.

*1. Maurice Wormser* and *Nathan Vidaver* opposed.

Motion denied, with ten dollars costs.